# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH M. BROWN

NO. 2023 KW 0602

**SEPTEMBER 25, 2023**

---

In Re:    Joseph M. Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-09-0662.

---

BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** The writ application is granted in part for the sole purpose of transferring the writ application to the district court, for consideration as a motion to test evidence. However, the writ application is denied with respect to the application for postconviction relief. The Clerk of Court of East Baton Rouge Parish has no record of receiving an "Application for Postconviction Relief", allegedly filed on March 2, 2022.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT